

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re John McCollor,                     * Original Mandamus Proceeding

No. 11-14-00183-CV                       * August 14, 2014

                                         * Per Curiam Memorandum Opinion
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the proceeding should be dismissed. Therefore, in accordance with this court's opinion, the original mandamus proceeding is dismissed.